| | |
|---|---|
| LYNDON WINN CARTER,<br>        Plaintiff,<br><br>v.<br><br>METRO        NASHVILLE        POLICE<br>DEPARTMENT et al.,<br>        Defendants. | Case No. 3:25-cv-00271<br><br>Judge Aleta A. Trauger<br>Magistrate Judge Luke A. Evans |

## **MEMORANDUM ORDER**

The Court today issued a report and recommendation addressing several dispositive motions that the parties have filed. (Doc. Nos. 85, 86, 87, 92.) This memorandum order accompanies the report and recommendation and addresses a number of non-dispositive motions currently pending.

1) Docket Access: Last year, plaintiff filed a number of motions raising allegations about his docket access and his ability to file timely responses. (Doc. Nos. 70, 72, 73, 74, 75, 76.) These motions are DENIED as moot. Plaintiff received a full opportunity to document his opposition to the motions addressed in today's report and recommendation.

2) Supplemental Declaration: On September 10, 2025, plaintiff filed a motion for leave to file supplemental papers about his claims for damages. (Doc. No. 77.) The motion is GRANTED IN PART to allow Doc. No. 77 to remain in the docket as is. No additional filings are necessary, and the motion is denied to the extent that plaintiff sought any other relief through it.

3) Correction of Second Amended Complaint: On September 22, 2025, plaintiff filed a motion (Doc. No. 83) for leave to file what he called a "Corrected Second Amended Complaint" that "supersedes all prior pleadings in this matter." (Doc. No. 83-1 at 3.) The motion is GRANTED

IN PART to accept Doc. No. 83-1 as the Third Amended Complaint without the need for further filing and as explained in today's report and recommendation. The Clerk of the Court is directed to add an entry in the docket noting that Doc. No. 83-1 will operate as the Third Amended Complaint going forward.

4)     Correction of Party Name: On October 2, 2025, plaintiff filed a motion to replace all three municipal defendants currently in the docket with the single defendant of "Metropolitan Government of Nashville and Davidson County." (Doc. No. 89.) The motion is GRANTED for the reasons explained in today's report and recommendation. The Clerk of the Court is directed to terminate defendants "Metro Nashville Police Department," "City of Nashville," and "Office of Professional Accountability" and to replace them with "Metropolitan Government of Nashville and Davidson County."

It is so ORDERED.

_____
LUKE A. EVANS
United States Magistrate Judge