# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| LYNDON WINN CARTER, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )    **Case No. 3:25-cv-00 271** |
| | )    **Judge Aleta A. Trauger** |
| METRO NASHVILLE POLICE | ) |
| DEPARTMENT *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## <u>ORDER</u>

For the reasons set forth in the accompanying Memorandum, the plaintiff's Objections (Doc. No. 107) to the Report and Recommendation entered on April 7, 2026 ("1st R&R") (Doc. No. 104) are **OVERRULED**, and the 1st R&R is **ACCEPTED and ADOPTED** in its entirety. Defendant Amazon Logistics' Motion to Compel Arbitration (Doc. No. 87) is **DENIED**; the plaintiff's "Request for the State of Tennessee to Waive Eleventh Amendment Immunity" (Doc. No. 92) is **DENIED;** and the Motions to Dismiss filed by the State of Tennessee and Metropolitan Nashville and Davidson County (Doc. Nos. 85, 86) are **GRANTED**. The claims against those defendants are **DISMISSED**.

The plaintiff's Objections (Doc. No. 129) to the Report and Recommendation entered on June 8, 2026 ("2nd R&R") (Doc. No. 128) are likewise **OVERRULED**, and the 2nd R&R is **ACCEPTED and ADOPTED** in its entirety. Amazon Logistics' Motion to Dismiss the Third Amended Complaint (Doc. No. 115) is **GRANTED**, and the plaintiff's Motion for Leave to Amend (Doc. No. 108), which seeks leave to file the proposed Fourth Amended Complaint (Doc. No. 112), is **DENIED**. The claims against Amazon Logistics are **DISMISSED**.

This ruling does not resolve the case in its entirety, because the plaintiff's claims against John Does 1–8 remain pending, at least in theory. The court notes that neither the Third Amended Complaint nor the proposed Fourth Amended Complaint states a colorable claim for violation of the plaintiff's constitutional rights. Moreover, even if they did, such claims are now time-barred. Nonetheless, the plaintiff is hereby **NOTIFIED** that his claims against John Does 1–8 will be dismissed without prejudice unless the plaintiff, within **21 days** of the date this Order is docketed, shows good cause for the failure to serve them within 90 days after the Complaint was filed. Fed. R. Civ. P. 4(m).

This case remains on referral to the Magistrate Judge.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge