# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **LYNDON WINN CARTER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 3:25-cv-271** |
| **v.** | ) | |
| | ) | **Judge Aleta A. Trauger** |
| **JOHN DOE OFFICERS 1-8,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

On July 22, 2026, the Magistrate Judge issued a Report and Recommendation (Doc. No. 137), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that defendants John Doe Officers 1-8 are hereby DISMISSED WITHOUT PREJUDICE under Federal Rule of Civil Procedure 4(m).

This is the final order in this case, and the Clerk may close this file.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
United States District Judge